**THE CNA CORPORATION, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant– Appellant.**

No. 2009–5011.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2009.

Alex D. Tomaszczuk, Pillsbury Winthrop Shaw Pittman LLP, of McLean, VA, argued for plaintiff-appellee. With him on the brief was Daniel S. Herzfeld.

Matthew H. Solomson, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were

---

Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief was Daniel J. Barry, Deputy Associate General Counsel, Office of General Counsel, United States Department of Health and Human Services, of Washington, DC.

MICHEL, Chief Judge, NEWMAN and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.